UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK T. HENSLEY,<br><br>Defendant. | Case No. 3:25-mj-00104-CLB<br><br>**Order Granting Motion to Dismiss the Petty Information** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the petty information, violation number 9720937 dated March 11, 2025, against defendant Mark T. Hensley. Furthermore, Hensley's pending motion to suppress, (ECF No. 13), and motion in limine, (ECF No. 17), are hereby terminated.

SIGAL CHATTAH
Acting United States Attorney

 /s/ Andrew Keenan
ANDREW KEENAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __19__ day of September, 2025.

_____
HONORABLE CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE